**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CYNTHIA MORINE, LORRAINE
BREWER and GARY MARION,

                Plaintiffs,

v.                                     Case No:  6:15-cv-870-Orl-40KRS

LUCID STAR HEALTHCARE OF
FLORIDA, INC. and CHRISTOPHER
MICHAEL TOBEY,

                Defendants.

_____/

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. 32) filed on October 6, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed November 10, 2015 (Doc. 35), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Court **FINDS** that the settlement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3.      The Joint Motion for Approval of Settlement (Doc. 32) is **GRANTED**.

4.      The case is **DISMISSED with prejudice**.

5.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 7, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties